UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Evans Analytical Group, Inc.,

              Plaintiff(s),

v.

Green Plant Farms, LLC, et al.,

              Defendant(s).

Case No: CV12-05023

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Nathan E. Ross, an active member in good standing of the bar of Missouri, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Green Plant Farms, LLC & Shri Thanedar in the above-entitled action. My local co-counsel in this case is James W. Brody, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 7733 Forsyth Blvd., Suite 700<br>Clayton, Missouri 63105 | 75 Rowland Way, Suite 350<br>Novato, California 94945 |
| MY TELEPHONE # OF RECORD:<br>(314) 862-6800 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 878-0030 |
| MY EMAIL ADDRESS OF RECORD:<br>ross@stlouislaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jbrody@americanmlg.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 51166.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10-22-12

                                          APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Nathan E. Ross is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 24, 2012

                                              *Lucy H. Koh*
                            UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE