UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVANS ANALYTICAL GROUP, INC., a Delaware corporation, as successor in interest to CAS-MI LABORATORIES, LLC, a Missouri limited liability company,<br><br>Plaintiffs,<br>v.<br><br>GREEN PLANT FARMS, LLC, a Florida limited liability company; SHRI THANEDAR, an individual; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No.: 12-CV-05023-LHK<br><br>ORDER CONTINUING HEARING |

The case management conference and hearing on Defendants' Motion to Dismiss, which were scheduled for March 28, 2013, are hereby CONTINUED to June 13, 2013, at 1:30 pm.

**IT IS SO ORDERED.**

Dated: February 18, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-05023-LHK
ORDER CONTINUING HEARING