JAMES W. BRODY (SBN 212967)
Email: jbrody@americanmlg.com
AMERICAN MORTGAGE LAW GROUP, P.C.
75 Rowland Way, Suite 350
Novato, California 94945
Phone: 415-878-0030
Fax: 415-878-0035

NATHAN E. ROSS (Appearing *Pro Hac Vice*)
Email: nate@rosslawstl.com
THE ROSS LAW FIRM, LLC
16024 Manchester Road, Suite 200
St. Louis, MO 63011
Phone: 636-594-2266
Fax: 636-333-1212

Attorneys for Defendants
GREEN PLANT FARMS, LLC
and SHRI THANEDAR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| **EVANS ANALYTICAL GROUP, INC.,** a Delaware corporation, as successor in interest to CAS-MI Laboratories, LLC., a Missouri limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**GREEN PLANT FARMS, LLC.,** a Florida limited liability company, **SHRI THANEDAR**, an individual, and DOES 1 TO 20 inclusive,<br><br>Defendants. | CASE No. CV12-05023 LHK/HRL<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' STIPULATED MOTION FOR ADMINISTRATIVE RELIEF TO SUBSTITUTE LAW FIRMS**<br><br>Date: June 13, 2013<br>Time: 1:30 p.m.<br>Courtroom 8 -- 4th Floor<br>Judge: The Honorable Lucy H. Koh<br><br>**JURY TRIAL DEMANDED** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that The Ross Law Firm, LLC is substituted as the law firm of record representing Defendants with James W. Brody and the American Mortgage Law Group, P.C. Green Jacobson, P.C. is granted leave to withdraw as counsel for Defendants.

Dated: March 20, 2013

_____
Lucy H. Koh
United States District Judge