UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVANS ANALYTICAL GROUP, INC., a Delaware corporation, as successor in interest to CAS-MI LABORATORIES, LLC, a Missouri limited liability company,<br><br>Plaintiffs,<br>v.<br><br>GREEN PLANT FARMS, LLC, a Florida limited liability company; SHRI THANEDAR, an individual; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No.: 12-CV-05023-LHK<br><br>ORDER REGARDING JOINT SETTLEMENT STATUS REPORT |

On June 17, 2013, the parties in this action filed a Joint Settlement Status Report in which the parties notified the Court that they have agreed to take part in a mediation in Michigan in mid-to-late July. ECF No. 33. Specifically, the parties stated that a site inspection will occur on July 18, 2013, and that the mediation will occur on July 19, 2013, "subject to mediator and party availability." *Id*. In addition, Defendants Green Part, LLC and Shri Thanedar, who are represented by counsel in Michigan, requested that the Court allow their Michigan counsel to take the lead in the mediation and participate without Nathan E. Ross, Esq. or James W. Brody, Esq. being present. Plaintiffs Evans Analytical Group does not object to this request.

Accordingly, the Court hereby GRANTS Defendants' request to allow Defendants' Michigan counsel to take the lead in the mediation and participate without Nathan E. Ross, Esq. or James W. Brody, Esq. being present. In addition, by June 28, 2013, the parties shall file a Supplemental Joint Settlement Status Report in which the parties notify the Court of the exact date of the scheduled mediation, in addition to the name of the selected mediator. Within seven days of the mediation, the parties shall file another Joint Settlement Status Report in which they alert the Court of the outcome of the mediation.

**IT IS SO ORDERED.**

Dated: June 22, 2013

_____
LUCY H. KOH
United States District Judge